The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHN ROBERT SCULLY,<br><br>Defendant. | No. CR25-102 RSM<br><br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant John Robert Scully.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

DATED this  4th  day of   November   , 2025.

_____
THE HONORABLE RICARDO S. MARTINEZ
United States District Court Judge

Order of Dismissal - 1
*United States v. Scully*, CR25-102 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Carolyn Forstein*
Carolyn Forstein
Assistant United States Attorney

Order of Dismissal - 2
*United States v. Scully*, CR25-102 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970